UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| 18-cv-00165-SDD-RLB | Sheets v. American Security Insurance Company |
| 18-cv-00170-JWD-RLB | McLaughlin v. American Security Insurance Company |
| 18-cv-00793-JWD-EWD | Atkinson v. American Security Insurance Company |

**O R D E R**

The Court having determined that the above-captioned cases present common questions of law and fact;

**IT IS ORDERED THAT** the above cases are hereby consolidated for discovery purposes only with Civil Action No. 18-cv-00165-SDD-RLB and reassigned to Chief Judge Shelly D. Dick and Magistrate Judge Richard L. Bourgeois, Jr. Counsel shall review Local Rule 10(b) for procedure governing consolidated cases.

In light of the consolidation order in these matters, attorneys are advised that, unless otherwise ordered by the Court, any filing that pertains only to a single individual member case should be filed directly in that member case. Should a filing pertain to or seek relief in multiple member cases, that filing should be made in the lead case and indicate the applicable member cases to which it applies as specified in Local Rule 10.

Signed in Baton Rouge, Louisiana, this 3rd day of October, 2018.

_____
SHELLY D. DICK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA